928

No. 11–6049. RUSH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–6056. WHEELER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6061. CORTES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6065. CLINTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6080. SCOTT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–6087. UNDERWOOD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6092. MCCLAIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6093. OCAMPO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6097. BYRD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6103. LOPEZ-ATANACIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–1064. FARINA *v.* NOKIA, INC., ET AL. C. A. 3d Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–1221. HOLLAND ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1244. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY *v.* LANGSTON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 10–1290. PUBLIC LANDS COUNCIL *v.* WESTERN WATERSHEDS PROJECT ET AL. C. A. 9th Cir. Certiorari denied. JUS-

TICE KAGAN took no part in the consideration or decision of this petition. ■

No. 10–1304. NATIONAL CONFERENCE OF BAR EXAMINERS *v.* ENYART. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ■

No. 10–1337. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ■

No. 10–1371. SPECTRUM STORES, INC., ET AL. *v.* CITGO PETROLEUM CORP.; and

No. 10–1393. FAST BREAK FOODS LLC ET AL. *v.* SAUDI ARABIAN OIL CO., DBA SAUDI ARAMCO, ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions. Reported below: 632 F. 3d 938.

No. 10–1410. CANAL BARGE CO., INC., ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ■

No. 10–1411. DOE, A MINOR, BY AND THROUGH HIS GUARDIAN AND NEXT FRIEND, DOE *v.* TODD COUNTY SCHOOL DISTRICT ET AL. C. A. 8th Cir. Motion of South Dakota Advocacy Services et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ■

No. 10–1413. SRIVASTAVA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ■

No. 10–1444. SHUM *v.* INTEL CORP. ET AL. C. A. Fed. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. ■

No. 10–1456. BARR ET AL. *v.* GALVIN, SECRETARY OF COMMONWEALTH OF MASSACHUSETTS. C. A. 1st Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied. ■